# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| IN THE INTEREST OF: E.O.R. AND M.M.R., MINOR CHILDREN | : | No. 29 MAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: O.R., FATHER | : | the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 28th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.